(79 South. 633)

HARRIS v. STATE. (6 Div. 451.)

(Court of Appeals of Alabama. May 28, 1918.)

Appeal from Circuit Court, Tuscaloosa County; H. B. Foster, Judge.

Jack Harris was convicted of an offense, and he appeals. Reversed and remanded.

S. D. & C. D. Logan, of Centerville, for appellant. F. Loyd Tate, Atty. Gen., for the State.

BROWN, P. J. The questions presented by this appeal were considered in Curlee v. State, ante, p. 62, 75 South. 268, Powell v. State, ante, p. 63, 75 South. 270, and Pierson v. State, ante, p. 197, 76 South. 487; and, on authority of these cases, the judgment must be reversed.

Reversed and remanded.